96 So.2d 25

STATE ex rel. Joan NEWTON

v.

Oscar HARVILLE and Mrs. Bernice Josephine Harville.

No. 43237.

May 6, 1957.

Rehearing Denied June 10, 1957.

Love & Rigby, Shreveport, for appellants.

Morgan, Baker, Skeels, Middleton & Coleman, Shreveport, for appellee.

HAWTHORNE, Justice.

For the reasons given in our opinion in No. 43142, In re Harville Applying for Adoption, 233 La. 1, 96 So.2d 20, the judgment of the district court is reversed and set aside, and the case is remanded for proceedings consistent with the views which we have expressed.

McCALEB, J., concurs for the reasons given in No. 43142.